[No. 34495-5-II.  Division Two.  June 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY SHANE PHIPPS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-02404-0, Gary Tabor, J., entered February 28, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34756-3-II.  Division Two.  June 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MONTE STOGSDILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05264-7, Lisa R. Worswick, J., entered March 31, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35040-8-II.  Division Two.  June 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE J. EICHELBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00199-3, F. Mark McCauley, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 35119-6-II.  Division Two.  June 12, 2007.]

MARIO TORRES, *Appellant*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00035-7, Chris Wickham, J., entered June 23, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.